PRIME, Appellant, v. PRIME, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1913.) Action by Julia H. Prime against Spencer G. Prime, 2d. No opinion. Order amended, so that in the first, second, third, fourth, and fifth questions submitted to the jury the questions shall read "on or about the dates therein specified," and, as so amended, the order is affirmed, without costs. See, also, 150 App. Div. 897, 134 N. Y. Supp. 1144.

---

PRINCE, Respondent, v. CENTRAL NEW ENGLAND CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Cora A. Prince, as ancillary administratrix, etc., against the Central New England Company.

PER CURIAM. Judgment and order reversed, on the ground that the damages are excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $15,000, in which case judgment is so modified, and, as modified, judgment and order unanimously affirmed, without costs. See, also, 147 App. Div. 486, 131 N. Y. Supp. 803.

---

PRIOR, Respondent, v. HUNKIN–CONKEY CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Charlotte Prior, as administratrix, etc., against the Hunkin-Conkey Construction Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents.

---

PRUDENTIAL VAUDEVILLE EXCH., Respondent, v. CLEVELAND, Appellant (two cases). (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by the Prudential Vaudeville Exchange against William S. Cleveland. W. F. Ashley, of New York City, for appellant. H. A. Friedman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

QUICK, Respondent. v. NIAGARA FALLS POWER CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by George A. Quick against the Niagara Falls Power Company, impleaded with others. No opinion. Judgment and order affirmed, with costs.

---

QUINN v. CATLIN. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by John Quinn against Donald C. Catlin. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 1139.

---

RACE, Respondent, v. SULLIVAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Eugene Race against Dennis Sullivan and another. No opinion. Judgment unanimously affirmed, without costs.

---

RACE, Respondent, v. WASHBURN et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Eugene Race against John Washburn and others. No opinion. Judgment unanimously affirmed, without costs.

---

RADLEY, Respondent, v. McKENZIE FURNACE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Richard Radley against the McKenzie Furnace Company. No opinion. Judgment affirmed, with costs.

---

RANDALL v. HARRIGAN. (Supreme Court, Appellate Division. First Department. January 17, 1913.) Action by Robert J. Randall against William J. Harrigan. No opinion. Motion granted, with $10 costs. Order filed.

---

In re RANDAZZO et al. (Supreme Court, Appellate Division, Fourth Department. January 15, 1913.) In the matter of the application of Frank Randazzo and another for the restoration of the child, Lillian Randazzo, now in the custody of the Children's Aid Society of Rochester, N. Y.

PER CURIAM. Order reversed, and motion denied, without costs. Held, that the temporary custody of the child should not have been awarded to the respondents pending the proceedings for the legal adoption of the child.

McLENNAN, P. J., and ROBSON, J., dissent.

---

In re RANSOM. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) In the matter of the judicial settlement of the accounts of Washington H. Ransom, as executor, etc., of Ruby F. Cooper, deceased.

PER CURIAM. Decree affirmed, with costs.

ROBSON and FOOTE, JJ., dissent.

---

RATHBONE, Respondent, v. T. BRIGGS & CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by James B. Rathbone against T. Briggs & Co. No opinion. Order affirmed, with $10 costs and disbursements.